# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SAMUEL J. URBACH & ELIZABETH C. URBACH  Case Number: 07-71213
9522 LENOX LANE   SSN-xxx-xx-8106 & xxx-xx-8026
LAKEWOOD, IL  60014

Case filed on:   5/18/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|  | Total Priority | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| 019 | SAMUEL J. URBACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL AUTO LTD | 8,923.05 | 3,000.00 | 0.00 | 0.00 |
| 002 | GRP FINANCIAL SERVICES CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GRP LOAN LLC | 14,052.85 | 14,052.85 | 0.00 | 0.00 |
|  | Total Secured | 22,975.90 | 17,052.85 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL AUTO LTD | 0.00 | 5,923.05 | 0.00 | 0.00 |
| 005 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 3,198.46 | 3,198.46 | 0.00 | 0.00 |
| 009 | CENTEGRA MEMORIAL MEDICAL CENTER | 1,067.31 | 1,067.31 | 0.00 | 0.00 |
| 010 | CITY OF CRYSTAL LAKE - AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | US DEPARTMENT OF EDUCATION | 4,636.03 | 4,636.03 | 0.00 | 0.00 |
| 015 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TOYOTA MOTOR CREDIT CORPORATION | 14,401.34 | 14,401.34 | 0.00 | 0.00 |
| 017 | VERA SZEMELAK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SYSTEMS & SERVICES TECHNOLOGIES INC | 3,754.22 | 3,754.22 | 0.00 | 0.00 |
|  | Total Unsecured | 27,057.36 | 32,980.41 | 0.00 | 0.00 |
|  | Grand Total: | 52,033.26 | 52,033.26 | 0.00 | 0.00 |

Total Paid Claimant:   $0.00
Trustee Allowance:   $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007        By  /s/Heather M. Fagan